UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ARAUCO,

                 Plaintiff(s),         **ADJOURNMENT ORDER**

   - against -

                                                                               21 Civ. 6683 (NSR)

THE STOP & SHOP SUPERMARKET
COMPANY LLC, et al.,

                 Defendant(s).
----------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

     The above case previously scheduled for a telephonic Status Conference on January 31, 2023 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of ongoing discovery issues before United States Magistrate Judge McCarthy.

     Counsel are directed to file pre-motion letters seeking leave to file a dispositive motion within one (1) week of the completion of discovery. Responses threreto shall be filed three (3) days thereafter. Courtesy copies shall be emailed to chambers.

Dated: White Plains, New York
         January 26, 2023

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2023